FILED: July 2, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1600
(1:23-cv-00077-CCE-LPA)

---

AMY BRYANT, M.D.

Plaintiff - Appellant

v.

TIMOTHY K. MOORE; PHILIP E. BERGER

Intervenors/Defendants - Appellees

and

JOSHUA STEIN, in his official capacity as Attorney General for the State of North Carolina; JEFF NIEMAN, in his official capacity as District Attorney for North Carolina 18th Prosecutorial District; KODY H. KINSLEY, in his official capacity as the North Carolina Secretary of Health and Human Services; PHD MICHAUX R. KILPATRIC, M.D.; DO CHRISTINE M. KHANDELWAL, in her official capacity as a member of the North Carolina Medical Board; MBA DEVDUTTA G. SANGVAI, M.D., in his official capacity as a member of the North Carolina Medical Board; JD JOHN W. RUSHER, M.D., in his official capacity as a member of the North Carolina Medical Board; WILLIAM M. BRAWLEY, in his official capacity as a member of the North Carolina Medical Board; W. HOWARD HALL, M.D., in his official capacity as a member of the North Carolina Medical Board; PHD, FNP-BC SHARONA Y. JOHNSON; JD JOSHUA D. MALCOLM, in his official capacity as a member of the North Carolina Medical Boad; PA-C, MHPE MIGUEL A. PINIERO, in his official capacity as a member of the North Carolina Medical Board; JD MELINDA H. PRIVETTE, M.D., in her official capacity as a member of the North Carolina Medical Board; ANURADHA RAO-PATEL, in her official capacity as a member

of the North Carolina Medical Board; ROBERT RICH, JR., M.D., in his official capacity as a member of the North Carolina Medical Board

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:23-cv-00077-CCE-LPA |
| Date notice of appeal filed in originating court: | 06/28/2024 |
| Appellant | Amy Bryant |
| Appellate Case Number | 24-1600 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |